# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUIS R. SANTIAGO** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-561 |
| **COMMISSIONER OF SOCIAL SECURITY** | : |

## ORDER

**AND NOW**, this 6th day of July 2016, upon consideration of Plaintiff's Request for Review (ECF Doc. No. 14), the Commissioner's Response (ECF Doc. No. 15), Plaintiff's reply (ECF Doc. No. 16), Plaintiff's motion for oral argument (ECF Doc. No.17), Commissioner's response to the motion for oral argument (ECF Doc. No. 18) and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Plaintiff's request for review (ECF Doc. No. 14) is **GRANTED** and we **remand** to the Commissioner for further evaluation of the medical opinions consistent with the accompanying memorandum; and,

2. Plaintiff's request for oral argument (ECF Doc. No. 17) is **DENIED** as **moot**.

KEARNEY, J.